UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

J & J SPORTS PRODUCTIONS, INC.,     No. 2:11-cv-02995-MCE-DAD

    Plaintiff,

  v.                                  ORDER

MARTHA RUBIO, et al.,

    Defendants.

----oo0oo----

Presently before the Court is a Motion to Strike Affirmative Defenses filed by Plaintiff J & J Sports Productions, Inc. ("Plaintiff").[1]  This matter was originally set for hearing before this Court on its regular April 5, 2012, calendar, and any response Defendants intended to file was therefore due not later than March 22, 2012.  See E.D. Cal. Local Rule 230(c).  Defendants nonetheless failed to file either an opposition or statement of non-opposition as required by the Local Rules.

///

---

[1] Because oral argument will not be of material assistance, the Court orders this matter submitted on the briefing.  E.D. Cal. Local Rule 230(g).

1

1 Accordingly, this Court now construes Defendants' failure to
2 oppose Plaintiff's Motion as their consent to it being granted.
3 Plaintiff's Motion to Strike (ECF No. 10) is thus GRANTED with
4 leave to amend in its entirety.  Not later than twenty (20) days
5 following the date this Order is electronically filed, Defendants
6 may (but are not required to) file an amended answer.  If no
7 amended answer is filed within said twenty (20)-day period,
8 without further notice to the parties, the affirmative defenses
9 stricken by virtue of this Order will be stricken without leave
10 to amend.

11      IT IS SO ORDERED.

Dated: April 20, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE