UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

J & J SPORTS PRODUCTIONS, INC.,   No. 2:11-cv-02995-MCE-DAD

    Plaintiff,

  v.                                <u>ORDER</u>

MARTHA RUBIO, et al.,

    Defendants.

----oo0oo----

Per Order dated April 20, 2012, this Court granted the Motion to Strike Affirmative Defenses filed by Plaintiff J & J Sports Productions, Inc. ("Plaintiff").  Pursuant to that Order Defendants were granted twenty (20) days in which to file an amended answer.  No amended answer has been filed.  Accordingly, the affirmative defenses stricken by virtue of the Court's prior Order (ECF No. 15) are now stricken without leave to amend.

    IT IS SO ORDERED.

Dated: May 25, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

1