Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Ave.
South Pasadena, CA 91030

Tel:  626-799-9797
Fax:  626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> MARTHA RUBIO, et al., <br><br> Defendants. | Case No.:  2:11-cv-02995-MCE-DAD <br><br> ORDER GRANTING PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT VIDAL RUBIO, INDIVIDUALLY AND D/B/A TACOS JALISCO, ONLY |

Pursuant to Plaintiff J & J Sports Productions, Inc.'s Notice of Voluntary Dismissal without prejudice of Defendant Vidal Rubio, individual and d/b/a Tacos Jalisco, only (ECF No. 36) and Federal Rule of Civil Procedure 41, Defendant Vidal Rubio individually and d/b/a Tacos Jalisco is DISMISSED without prejudice.

IT IS SO ORDERED.

Dated:  October 29, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT