Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel:  626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J Sports Productions, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> Martha Rubio, et al., <br><br> Defendants. | CASE NO. 2:11-cv-02995-MCE-DAD <br><br> STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS MARTHA RUBIO and TACOS JALISCO, INC., an unknown business entity d/b/a TACOS JALISCO |

**IT IS HEREBY STIPULATED** by and between Plaintiff J & J SPORTS PRODUCTIONS, INC. and Defendants MARTHA RUBIO and TACOS JALISCO, INC., an unknown business entity d/b/a TACOS JALISCO, that the above-entitled defendant is hereby dismissed **without prejudice** against MARTHA RUBIO and TACOS JALISCO, INC., an unknown business entity d/b/a TACOS JALISCO and subject to the Court's jurisdiction to enforce the settlement agreement reached between the Parties.

**IT IS FURTHER STIPULATED** that provided no Party referenced above has filed a motion to reopen this action by December 30, 2014, the dismissal shall be deemed to be **with prejudice**.

///

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced-above shall bear its own attorneys' fees and costs.

STIPULATION OF DISMISSAL
Case No.2:11-cv-02995-MCE-DAD
PAGE 1

Dated: December 30, 2014

s/Thomas P. Riley
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
By: Thomas P. Riley
Attorneys for Plaintiff
J & J SPORTS PRODUCTIONS, INC.

Dated: December 30, 2014

s/Richard Mac Bride
**LAW OFFICES OF RICHARD MAC BRIDE**
By: Richard Mac Bride, Esquire
Attorneys for Defendants
MARTHA RUBIO and TACOS JALISCO, INC., an unknown business entity d/b/a TACOS JALISCO

**IT IS SO ORDERED**.

**Dated: January 5, 2015**

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT